IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JAMES R. WHEELINGTON                                              PLAINTIFF

V.                                              CIVIL ACTION NO. 1:19-CV-181-SA-RP

VANLEIGH RV, INC.                                                 DEFENDANT

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on October 16, 2019. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge.

This, the 21st day of October, 2019.

                                              /s/ Sharion Aycock
                                              UNITED STATES DISTRICT JUDGE