IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

JAMES R. WHEELINGTON                                                                 PLAINTIFF

V.                                                        CIVIL ACTION NO. 1:19-CV-181-DMB-RP

VLRV, LLC                                                                                      DEFENDANT

## ORDER SUBSTITUTING PARTY

This matter is before the court on the plaintiff's *ore tenus* motion to correct the name of the corporate defendant and identify VLRV, LLC as the named defendant. In his complaint, plaintiff identified Vanleigh RV, Inc. as the corporate defendant, whereas VLRV, LLC should be the named defendant. Defendant does not object to the requested substitution. The court finds the request is well taken and should be **GRANTED**.

**ACCORDINGLY, IT IS ORDERED** that VLRV, LLC is substituted as the named party defendant in place and instead of Vanleigh RV, Inc.. All references to "Vanleigh RV, Inc." in the pleadings that preceded this order are deemed to refer instead to "VLRV, LLC." The Clerk of Court is directed to change the style on the docket to reflect the new, properly designated defendant, and the parties are directed to observe this change in future filings. There is no need to amend the complaint for service upon VLRV, LLC as it has already been participating in this litigation despite the improper identification in the complaint.

**SO ORDERED,** this the 12th day of December, 2019.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE